IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DEANTE GHOLSTON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 5:22-cv-00362-MTT-CHW |
| | : | |
| Warden **JOSEPH POLITE**, *et al*., | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |

## ORDER

Plaintiff Deante Gholston filed a motion to voluntarily dismiss the above-styled case, in which he moves to dismiss his complaint "if defendants seek no recovery from Plaintiff." (Doc. 70). Defendants Polite, J. Williams, Ball, Turner, Greene, Caceres, and T. Williams responded to Plaintiff's motion to dismiss, waived any costs to which they may have been entitled, and asked that the motion be granted. (Doc. 71). Therefore, the Court hereby **GRANTS** Plaintiff's motion to voluntarily dismiss his complaint (Doc. 70), and this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 26th day of December, 2023.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge