IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEANTE GHOLSTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00362-MTT-CHW |
| | * |
| Warden JOSEPH POLITE, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of December, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk